UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOSEPH  JESNER,  et al.,                               JUDGMENT
                                                       06-CV- 3869 (BMC)
                    Plaintiffs,

       -against-

ARAB BANK, PLC,

                    Defendant.
------------------------------------------------------X
YAFFA LEV,  et al.,                                    08-CV- 3251 (BMC)

                    Plaintiffs,

       -against-

ARAB BANK, PLC,

                    Defendant.
------------------------------------------------------X
VIKTORIA  AGURENKO, et al.,                            10-CV- 0626 (BMC)

                    Plaintiffs,

       -against-

ARAB BANK, PLC,

                    Defendant.
------------------------------------------------------X

       An Order of Honorable Brian M. Cogan, United States District Judge, having been filed on August 23, 2013, directing the Clerk of Court to enter judgment for Defendant in Joseph Jesner, et al. v. Arab Bank, PLC, 06-CV-3869; Yaffa Lev, et al. v. Arab Bank, PLC, 08-CV-3251; and Viktoria Agurenko, et al. v. Arab Bank, PLC, 10-CV- 0626 (BMC); it is

JUDGMENT 06-CV- 3869 (BMC)

      ORDERED and ADJUDGED that judgment is hereby entered in favor of Defendant Arab Bank, PLC and against Plaintiff Joseph Jesner, et al., in 06-CV-3869 (BMC) and that the case is closed; and that it is further,

      ORDERED and ADJUDGED that judgment is hereby entered in favor of Defendant Arab Bank, PLC and against Plaintiff Yaffa Lev, et al., in 08-CV- 3251 (BMC) and that the case is closed; and that it is further,

      ORDERED and ADJUDGED that judgment is hereby entered in favor of Defendant Arab Bank, PLC and against Plaintiff Viktoria Argurenko, et al., in 10-CV- 0626 (BMC) and that the case is closed.

Dated: Brooklyn, New York                                            Douglas C. Palmer
        August 27, 2013                                               Clerk of Court

                                                                            by:     */s/ Janet Hamilton*
                                                                                    Deputy Clerk